UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:17-CR-0028-1H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| | ) | |
| BORENZO CORTEZ PATRICK | ) | |

This matter comes now before this court on motion of the United States, by and through the United States Attorney, with the consent of counsel for the defendant, to order the disposition of firearms associated with the above captioned case.

For good cause shown, the court hereby GRANTS the government's motion, and orders the Federal Bureau of Investigation to dispose of a China Xinshidai Company, Model SKS, Serial Numbers D7474 and B4793 (one on upper and lower receiver) and all related ammunition, by destruction, incapacitation, or other means in accordance with its regulations, as previously abandoned by the defendant by agreement with the United States at Docket Entry 28.

This the 31st day of January 2018.

MALCOLM J. HOWARD
Senior United States District Judge