IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:17-CR-28-1H
No. 7:19-CV-31-H

| | |
|---|---|
| BORENZO CORTEZ PATRICK, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) **ORDER** |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

This matter is scheduled for an evidentiary hearing on January 27, 2021, on Petitioner's motion to vacate pursuant to 28 U.S.C. § 2255. The court has been advised that FCI Fort Dix, where Petitioner is being housed, has a transportation moratorium in effect due to COVID-19. Accordingly, the court hereby CANCELS the evidentiary hearing scheduled for January 27, 2021, and DIRECTS counsel to confer and to submit to the court three alternative dates for hearing of this matter.

This 20th day of January 2021.

KIMBERLY A. SWANK
United States Magistrate Judge