IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:17-CR-00028-M

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BORENZO CORTEZ PATRICK, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Defendant's Motion to Seal Medical Records [DE 81]. Pursuant to Local Criminal Rule 55.2(a) and based on the information set forth in DE 80, the Defendant's motion is GRANTED as follows. The Clerk of the Court is directed to maintain the documents at DE 80 under seal until further order of the court.

SO ORDERED this 9th day of August, 2021.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE