IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:17-CR-00028-M

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| BORENZO CORTEZ PATRICK, | ) | |
| Defendant. | ) | |

This matter is before the court on the government's Motion to Seal Exhibit [DE 86]. Pursuant to Local Criminal Rule 55.2(a) and based on the information set forth in DE 85, the government's motion is GRANTED. The Clerk of the Court is directed to maintain the documents at DE 85 under seal until further order of the court.

SO ORDERED this 19th day of August, 2021.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE